■ FRANK E. WILLING, as Executor, v. JAMES KOHLS, as Executor, et al. —Appeal dismissed unless records and briefs are filed and served on or before

914

July 29, 1960. If case to be argued at September 1960 Term, respondent's brief must be filed by August 26, 1960.